7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Kristina Lyn Cline −−ABOVE MED−−
*Debtor*

*Bankruptcy Case No.*
12−30801−can13

**First National Bank of Omaha**
  Plaintiff(s)

*Adversary Case No.*
13−03002−can

v.

**Kristina Lyn Cline**
  Defendant(s)

## JUDGMENT

      The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: Final judgment is hereby entered ordering the sum of $8,000.00 to be non−dischargeable pursuant to 11 U.S.C. Section 523(a)(2) as against Debtor, Kristina L Cline, and in favor of First National Bank of Omaha.

                                        Ann Thompson
                                        Court Executive

                                        By: /s/ Jamie McAdams
                                             Deputy Clerk



Date of issuance: 5/1/13

Court to serve